# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BARRY EMMETT | § | |
| TDCJ No. 1383329 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1581-S-BH |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 7. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, this case will be dismissed by separate judgment for failure to prosecute or follow orders of the Court.

**SO ORDERED.**

SIGNED January 12, 2022.

**UNITED STATES DISTRICT JUDGE**