# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BARRY EMMETT<br>TDCJ No. 1383329 | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1581-S-BH |
| | § | |
| DIRECTOR, TDCJ-CID | §<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 11. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Petitioner [sic] Motion for Leave to Fiel [sic] Informa [sic] Pauperis And Or Extention [sic] to Pay Filing Fee, received on January 19, 2022 [ECF No. 10], is liberally construed as a motion to alter or amend the judgment under Fed. R. Civ. P. 59(e) and **GRANTED** in part. The judgment dismissing the case [ECF No. 9] is **VACATED**. Petitioner is granted thirty days from the date of this order to pay the filing fee.

**SO ORDERED.**

SIGNED February 8, 2022.

_____
**UNITED STATES DISTRICT JUDGE**